```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/18/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOYZUL ISLAM,

                Petitioner,

-against-

U.S. DEPARTMENT OF HOMELAND SECURITY, KEVIN MCALEENAN, KEN CUCCINELLI, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, USCIS TEXAS SERVICE CENTER, U.S. ATTORNEY GENERAL WILLIAM P. BARR, UNITED STATES BUREAU OF CONSULAR AFFAIRS, JOHN DOES 1-10, JANE DOES 1-10, and ABC AGENCY 1 -10,

                Respondents.

20 Civ. 8860 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 30, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by December 15, 2020. ECF No. 3 ¶¶ 4–5. That submission is now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **December 21, 2020**.

    SO ORDERED.

Dated: December 18, 2020
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge